# UNITED STATES DISTRICT COURT

for the

**CV 15 1359**

KIM WING LOOK FONG, DELFINO FLORES, JOSE LARA, JUAN HUEY, CARLOS MARTINEZ, ENRIQUE GUERRO, OSCAR MARTINEZ, and AMINE HARNOUF,

*Plaintiff(s)*

v.

RAYED RESTAURANT CORP., d/b/a PIZZA CHEF, EDWARD SHAPIRO, PETER COAKLEY and SAM ELSENDIOUSY,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 17 2015 ★

LONG ISLAND OFFICE

Civil Action No.

CHEN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
RAYED RESTAURANT CORP., d/b/a PIZZA CHEF, 153-81 Cross Island Parkway, Whitestone, NY 11357
EDWARD SHAPIRO, 153-81 Cross Island Parkway, Whitestone, NY 11357
PETER COAKLEY 153-81Cross Island Parkway, Whitestone, NY 11357
SAM ELSENDIOUSY 153-81 Cross Island Parkway, Whitestone, NY 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Office of Ann Ball, P.C.
357 Veterans Memorial Highway
Commack, New York 11725

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 17 2015

Date: ~~3/12/15~~ *ro-*

**DOUGLAS C. PALMER**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*


