UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KIM WING LOOK FONG,

                            **Plaintiffs, et al.,**                      **ORDER**

             **-against-**                            **15-CV-1359 (PKC)**

RAYED RESTAURANT CORP., et al.,

                              **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      The parties to this action, which includes a Fair Labor Standards Act claim, have informed this Court that they have accepted its settlement proposal, which this Court finds to be fair and reasonable.  If the parties file and execute a consent form pursuant to 28 U.S.C. § 636, then they are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **March 3, 2016**.  Alternatively, papers sufficient to enable the District Court to assess the fairness and reasonableness of the settlement shall be filed by **March 3, 2016**.

      The Clerk is directed to docket and serve this Order via ECF.

      **SO ORDERED.**

Dated:    **Brooklyn, New York**
          **February 4, 2016**

                        /s/ *Roanne L. Mann*
                        **ROANNE L. MANN**
                        **UNITED STATES MAGISTRATE JUDGE**